**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENWOOD DIVISION**

| | | |
|---|---|---|
| Thomas E. Shirley, | ) | Civil Action No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| Self Regional Healthcare, aka Self Memorial | ) | |
| Hospital, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Self Regional Healthcare, by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, hereby petitions this Court for removal of this action currently pending in the Court of Common Pleas of Greenwood County, South Carolina, designated as Case Number 2021-CP-24-00420.  In support, Defendant states as follows:

1.    On or about May 11, 2021, Plaintiff filed a Complaint against Self Regional Healthcare in the Court of Common Pleas of Greenwood County, South Carolina. A copy of the Complaint is attached as Exhibit A.  The Complaint asserts one cause of action arising under 42 U.S.C. § 1983 and one cause of action arising under South Carolina common law.

2.    Self Regional Healthcare first obtained a copy of the Complaint on May 18, 2021.

3.    This case is properly removed to this Court because; (1) this Court has original jurisdiction over Plaintiff's § 1983 claim, 28 U.S.C. §§ 1331 and 1441; and (2) Self Regional Healthcare has satisfied the procedural requirements for removal, 28 U.S.C. § 1446.

4.    In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Self Regional Healthcare of a copy of the initial pleading setting forth the claim for relief on which this removal is based.

5.     A defendant may remove to the appropriate federal district court "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a). Federal district courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

6.     The Complaint alleges claims governed by and arising under 42 U.S.C. § 1983 and the First Amendment of the United States Constitution. Therefore, federal question jurisdiction exists over Plaintiff's § 1983 claim, and this case is properly removable to this Court. *See* 28 U.S.C. §§ 1331, 1441. This Court has supplemental jurisdiction over the state-law claim because it is so related to the § 1983 claim that they form the same case or controversy. *See* 28 U.S.C. § 1367(a).

7.     Venue is proper in this Court because this Court is in the judicial district and division embracing the place where the state court case was brought and is pending. Thus, it is the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

8.     Pursuant to 28 U.S.C. § 1446(d), Defendant shall give written notice of the removal of this action to all parties and has filed a copy of this notice with the Clerk of the Court of Common Pleas, State of South Carolina, Greenwood County.

9.     Copies of all state court pleadings, process and orders filed thus far are attached as exhibits to this Notice of Removal, pursuant to 28 U.S.C. § 1446(a).

WHEREFORE, Defendant Self Regional Healthcare respectfully requests that this case be properly removed, that the Court accept jurisdiction over the action, and that this action be entered into the docket of this Court for further proceedings as if the action had originally been instituted in this Court.

Respectfully submitted,


s/ J. Walker Coleman, IV
J. Walker Coleman, IV (Fed. ID No. 6007)
walker.coleman@klgates.com
M. Claire Flowers (Fed. ID No. 13411)
claire.flowers@klgates.com
K&L GATES LLP
134 Meeting Street, Suite 500
Charleston, SC  29401
Phone:  843.579.5600
Fax:  843.579.5601

ATTORNEYS FOR DEFENDANT

June 10, 2021

Charleston, South Carolina

3

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION**

| | | |
|---|---|---|
| Thomas E. Shirley, | ) | Civil Action No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Self Regional Healthcare, aka Self Memorial Hospital, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I hereby certify that a copy of the **NOTICE OF REMOVAL** was served upon the following counsel of record by mailing a copy of the same to them, postage prepaid, in the United States Mail, to the address as shown below this 10th day of June 2021:

> **C. Lance Sheek, Esq.**
> **WEST END LAW GROUP, LLC**
> **400 Augusta Street, Suite 130**
> **Greenville, SC  29601**

s/ J. Walker Coleman, IV
J. Walker Coleman, IV (Fed. ID No. 6007)
walker.coleman@klgates.com
M. Claire Flowers (Fed. ID No. 13411)
claire.flowers@klgates.com
K&L GATES LLP
134 Meeting Street, Suite 500
Charleston, SC  29401
Phone:  843.579.5600
Fax:  843.579.5601

4